AO 450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

FILED SCANNED

SEP 29 1999

LARRY W. PROPES, CLERK
COLUMBIA, S.C

JOHN and MARY ORCK, d/b/a )
Flower Country, )
 )
       Plaintiff, ) SUMMARY JUDGMENT IN A CIVIL CASE
  vs. )
 ) CA NO.: 5:98-3722-6
 )
TY, INC., )
 )
       Defendants. )

ENTERED
9-29-99

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be entered in favor of defendant TY, Inc. and against John and Mary Orck, d/b/a Flower Country.

LARRY W. PROPES, Clerk

By _____
      Deputy Clerk

September 29, 1999

29